IFP Submitted

Name: Paul Anthony Aquino

Address: 3073 Wittenmyer Court

Marina CA 93933

Phone: 831-785-8473

Fax: _____

In Pro Per

**FILED**
CLERK, U.S. DISTRICT COURT

04/30/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Paul Anthony Aquino | CASE NUMBER: |
|---|---|
| | 2:24-cv-03538-RGK-(JPRx) |
| Plaintiff | To be supplied by the Clerk of |
| | The United States District Court |
| v. | |
| Joseph Biden Jr | |
| Defendant(s). | |

18 U.S. Code § 2381 - Treason

18 U.S. Code § 2382 - Misprision of treason

18 U.S. Code § 2383 - Rebellion or insurrection

18 U.S. Code § 2384 - Seditious conspiracy

18 U.S. Code § 2385 - Advocating overthrow of Government

18 U.S. Code § 2387 - Activities affecting armed forces generally

18 U.S. Code § 2388 - Activities affecting armed forces during war

18 U.S. Code § 2389 - Recruiting for service against United States

18 U.S. Code § 2390 - Enlistment to serve against United States

18 U.S. Code § 2391 - Repealed. Pub. L. 103–322, title XXXIII, § 330004(13), Sept. 13, 1994, 108 Stat. 2142]

CV-126 (09/09)                    PLEADING PAGE FOR A COMPLAINT

Corruption of Blood

Corruption of Blood was part of ancient English penalty for treason. It was usually part of a Bill of Attainder, which normally sentenced the accused to death. The corruption of blood would forbid the accused's family from inheriting his property. Such bills and punishments were often inflicted upon Tories by colonial governments immediately following independence. Source: 381 US 437

deprive v. 1. To take something away from; divest. 2. To keep from the possession of something. [<Med. Lat. deprivare] Source: AHD

Domestic Tranquility

One of the concerns of the Framers was that the government prior to that under the Constitution was unable, by force or persuasion, to quell rebellion or quarrels amongst the states. The government watched in horror as Shay's Rebellion transpired just before the Convention, and some states had very nearly gone to war with each other over territory (such as between Pennsylvania and Connecticut over Wilkes-Barre). One of the main goals of the Convention, then, was to ensure the federal government had powers to squash rebellion and to smooth tensions between states.

Ex post facto

ex post facto adj. Formulated, enacted, or operating retroactively. [Med Lat., from what is done afterwards] Source: AHD

In U.S. Constitutional Law, the definition of what is ex post facto is more limited. The first definition of what exactly constitutes an ex post facto law is found in Calder v Bull (3 US 386 [1798]), in the opinion of Justice Chase:

1st. Every law that makes an action done before the passing of the law, and which was innocent when done, criminal; and punishes such action. 2d. Every law that aggravates a crime, or makes it greater than it was, when committed. 3d. Every law that changes the punishment, and inflicts a greater punishment, than the law annexed to the crime, when committed. 4th. Every law that alters the legal rules of evidence, and receives less, or different, testimony, than the law required at the time of the commission of the offense, in order to convict the offender.

Habeas Corpus

habeas corpus n. Law A writ issued to bring a party before a court to prevent unlawful restraint. [<Med. Lat., you should have the body] Source: AHD

The basic premise behind habeas corpus is that you cannot be held against your will without just cause. To put it another way, you cannot be jailed if there are no charges against you. If you are being held, and you demand it, the courts must issue a writ of habeas corpus, which forces those holding you to answer as to why. If there is no good or compelling reason, the court must set you free. It is important to note that of all the civil liberties we take for granted today as a part of the Bill of Rights, the importance of habeas corpus is illustrated by the fact that it was the sole liberty thought important enough to be included in the original text of the Constitution.

Treason

treason n the offense of attempting to overthrow the government of one's country or of assisting its enemies in war Source: