JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul Anthony Aquino,<br><br>v.<br>**PLAINTIFF(S)** | **CASE NUMBER**<br><br>2:24-cv-03538-RGK-JPR |
| Joseph Biden, Jr.,<br><br>**DEFENDANT(S)** | **ORDER ON REQUEST TO PROCEED**<br>***IN FORMA PAUPERIS***<br>**(NON-PRISONER CASE)** |

The Court has reviewed the Request to Proceed *In Forma Pauperis* (the "Request") and the documents submitted with it. On the question of indigency, the Court finds that the party who filed the Request:

☒ is not able to pay the filing fees.   ☐ is able to pay the filing fees.

☐ has not submitted enough information for the Court to tell if the filer is able to pay the filing fees. This is what is missing:


**IT IS THEREFORE ORDERED** that:

☐ The Request is GRANTED.

☐ Ruling on the Request is POSTPONED for 30 days so that the filer may provide additional information.

☐ The Request is DENIED because the filer has the ability to pay.

☒ As explained in the attached statement, the Request is DENIED because:

   ☐ The District Court lacks  ☐ subject matter jurisdiction  ☐ removal jurisdiction.
   ☒ The action is frivolous or malicious.
   ☐ The action fails to state a claim upon which relief may be granted.
   ☐ The action seeks monetary relief against defendant(s) immune from such relief.

**IT IS FURTHER ORDERED** that:

☐ Within 30 days of the date of this Order, the filer must do the following:


If the filer does not comply with these instructions within 30 days, this case will be DISMISSED without prejudice.

☒ As explained in the attached statement, because it is absolutely clear that the deficiencies in the complaint cannot be cured by amendment, this case is hereby DISMISSED ☐ WITHOUT PREJUDICE ☒ WITH PREJUDICE.

☐ This case is REMANDED to state court as explained in the attached statement.

5/1/2024                                      */s/ Gary Klausner*
_____          _____
Date                                          United States District Judge

CV-73 (07/22)              ORDER ON REQUEST TO PROCEED *IN FORMA PAUPERIS* (NON-PRISONER CASE)

On April 30, 2024, Plaintiff filed a Complaint and a Request to Proceed In Forma Pauperis. (ECF No. 1, 3.) The sole Defendant is the President of the United States. (ECF No. 1 at 1.) Plaintiff appears to allege that Defendant violated several federal laws, including criminal laws. (Id. at 1-2.) Plaintiff seeks 98 billion dollars in damages. (ECF No. 1-1 at 1.)

Because Plaintiff seeks leave to proceed in forma pauperis, the Court has reviewed the Complaint to determine whether the action is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B). As explained below, the Complaint is dismissed without leave to amend.

A Complaint is frivolous when immunity is clear on the face of the Complaint. See Ray v. Lara, 31 F.4th 692, 698 (9th Cir. 2022); Jackson v. State of Arizona, 885 F.2d 639, 641 (9th Cir. 1989), superseded by statute on other grounds as stated in Lopez v. Smith, 203 F.3d 1122, 1130 (9th Cir. 2000) (en banc). Here, it is clear from the face of the Complaint that Defendant is entitled to "absolute immunity from damages liability predicated on his official acts." Nixon v. Fitzgerald, 457 U.S. 731, 749 (1982). Moreover, to the extent that Plaintiff suggests criminal violations (ECF No. 1 at 1), Plaintiff has no standing to initiate a criminal prosecution. See Linda R.S. v. Richard D., 410 U.S. 614, 619 (1973). For these reasons, the Complaint is dismissed.

Finally, leave to amend is not warranted. "When a case may be classified as frivolous or malicious, there is, by definition, no merit to the underlying action and so no reason to grant leave to amend." Lopez, 203 F.3d at 1127 n.8. Thus, the Complaint is dismissed without leave to amend, and the action is dismissed with prejudice.

*(attach additional pages if necessary)*